

# IN THE COURT OF CRIMINAL APPEALS OF TEXAS

## NOS. AP-76,569 & AP-76,570

### IN RE CHARLES KEVIN BOWEN AND JENNIFER BOWEN, Relators

#### ON APPLICATIONS FOR WRITS OF PROHIBITION IN CAUSE NOS. 09-649-K368 & 09-650-K368 IN THE 368th DISTRICT COURT FROM WILLIAMSON COUNTY

*Per curiam.*

#### OPINION

Relators are charged with capital murder and have mandamus applications currently under submission at this Court that could decide who will represent them in the trial court. *In re Charles Kevin Bowen and Jennifer Bowen*, AP-76,519 & AP-76,520 (argued and submitted May 4, 2011). The trial court set the cases for pre-trial hearings and a trial setting in June. Relators responded with motions to stay the proceedings which this Court construed as motions for leave to file applications for prohibition. The Court invited the trial court and the State to submit responses.

The State's response suggests that the trial court simply kept the cases on the trial docket out

of concern for the Relators' already lengthy incarceration and in anticipation of this Court's ruling on the mandamus applications before the June 13, 2011 trial date. The State does not oppose a stay, so long as neither the State nor the trial court are assigned fault for the delay.

The Relators' motions for leave to file writs of prohibition are granted. The issue of the legality of the trial court's disqualification of retained trial counsel in these capital murder prosecutions is under submission at this Court. Further proceedings in the trial court before this Court's decision would nullify the pending mandamus applications. Accordingly, we conclude that issuance of writs of prohibition are necessary in order to protect this Court's jurisdiction. TEX. CONST. art. V, § 5(c).

The Respondent, the Judge of the 368th District Court of Williamson County, is directed to stay the proceedings and is prohibited from taking further action in Cause Numbers 09-649-K368 and 09-650-K368 until this Court issues its decision in the Relator's pending mandamus applications, Court of Criminal Appeals of Texas cause numbers AP-76,519 and AP-76,520.

Filed: May 27, 2011

Do not publish